Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Remodel 615, LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 84-2160274 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1500 Medical Center Parkway, #3A-27** **Murfreesboro, TN 37129** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rutherford** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____23____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**                  Relationship

District                        When             Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

         Contact name

         Phone

---

**████ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Remodel 615, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2023**
                MM / DD / YYYY

**X** **/s/ Robert Adam Baughman**          **Robert Adam Baughman**
Signature of authorized representative of debtor        Printed name

Title   **Sales and Marketing Director & Co-Owner**

---

**18. Signature of attorney**

**X** **/s/ Michael G. Abelow**       Date   **February 6, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Michael G. Abelow 026710**
Printed name

**Sherrard Roe Voigt & Harbison, PLC**
Firm name

**150 3rd Avenue South**
**Suite 1100**
**Nashville, TN 37201**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 742-4532**      Email address   **mabelow@srvhlaw.com**

**026710 TN**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE
_____

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an
  amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Noah Henderson Stewart** | Relationship to you | **50% Owner of Debtor** |
|---|---|---|---|
| District | **U.S. Bankruptcy Court for Middle District of Tennessee** | When  **2/06/23** | Case number, if known | **TBA** |
| Debtor | **Robert Adam Baughman** | Relationship to you | **50% Owner of Debtor** |
| District | **U.S. Bankruptcy Court for Middle District of Tennessee** | When  **2/06/23** | Case number, if known | **TBA** |

**Fill in this information to identify the case:**

Debtor name   **Remodel 615, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2023**          X **/s/ Robert Adam Baughman**
                                               Signature of individual signing on behalf of debtor

                                               **Robert Adam Baughman**
                                               Printed name

                                               **Sales and Marketing Director & Co-Owner**
                                               Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Remodel 615, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 84 Lumber PO Box 365 Eighty Four, PA 15330 | | Debt Owed to Vendor | | | | $19,451.25 |
| ABC Supply Co. PO Box 742067 Atlanta, GA 30374-2067 | | Debt Owed to Vendor | | | | $78,518.59 |
| American Express PO Box 297879 Fort Lauderdale, FL 33329-7879 | | American Express Business Gold Credit Card Debt | | | | $56,587.05 |
| Buddy Allen Carpet 2405 Lebanon Pk Nashville, TN 37214 | | Debt Owed to Vendor | | | | $22,928.42 |
| Builder Supply Source LLC 227 Nesbitt Ln Madison, TN 37115 | | Debt Owed to Vendor | | | | $50,790.10 |
| Home Depot Credit Services PO Box 790340 Saint Louis, MO 63179 | | Home Depot Commercial Account Credit Card Debt | | | | $24,426.90 |
| Home Depot Credit Services PO Box 790345 Saint Louis, MO 63179 | | Home Depot RCL Credit Card Debt | | | | $15,937.10 |
| Huskey Truss & Building Supply Inc 424 Lewisburg Pk Franklin, TN 37064 | | Debt Owed to Vendor | | | | $22,881.34 |
| J&J Services, Inc. PO Box 535233 Pittsburgh, PA 15253-5233 | | Debt Owed to Vendor | | | | $46,975.50 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jon Loba** **1620 Diamond Drive** **Franklin, TN 37064** | | **Debt owed to Client** | **Contingent Unliquidated Disputed** | | | **$53,334.00** |
| **Louisville Tile Dist. Inc** **PO Box 32160** **Depart #109** **Louisville, KY 40232** | | **Debt Owed to Vendor** | | | | **$16,960.07** |
| **Master Craftsmen's Studio LLC** **722 Myatt Dr** **Madison, TN 37115** | | **Debt Owed to Vendor** | | | | **$92,808.25** |
| **Myatt Drive Properties, LLC** **1508 Dresden Circle** **Nashville, TN 37215** | | **Amount Demanded in Pending Lawsuit** | **Contingent Unliquidated Disputed** | | | **$80,000.00** |
| **Orozco Painting & Drywall LLC** **1940 Port James Cir** **Antioch, TN 37013** | | **Debt Owed to Vendor** | | | | **$56,260.00** |
| **Pella Window & Door** **1150 Antioch Pike** **Suite 100** **Nashville, TN 37211** | | **Debt Owed to Vendor** | | | | **$43,766.07** |
| **The Carter-Jones Lumber Company** **PO Box 40** **Kent, OH** **44240-0001** | | **Debt Owed to Vendor** | | | | **$23,136.20** |
| **The Oakley Lumber Co LLC** **707 42nd Ave N** **Nashville, TN 37209** | | **Debt Owed to Vendor** | | | | **$16,226.79** |
| **Thompson Electric Inc** **129 Southside Park Dr** **Lebanon, TN 37090** | | **Debt Owed to Vendor** | | | | **$46,651.29** |
| **Valley Interior Products Inc** **PO Box 645729** **Cincinnati, OH** **45264-5729** | | **Debt Owed to Vendor** | | | | **$19,924.58** |
| **Walker Lumber & Hardware Inc** **527 W Thompson Ln** | | **Debt Owed to Vendor** | | | | **$46,924.20** |

| Fill in this information to identify the case: |

Debtor name     **Remodel 615, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $ _____ **314,745.23**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $ _____ **314,745.23**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **633,904.69**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____ **1,090,375.72**

4. **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b     $ _____ **1,724,280.41**

**Fill in this information to identify the case:**

Debtor name   **Remodel 615, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Pinnacle Bank (Operating Account)** | **Checking** | 2032 | $50.31 |
| 3.2. | **Redstone Federal Credit Union** | **Checking** | 1348 | $17,742.74 |
| 3.3. | **Redstone Federal Credit Union** | **Savings** | 1357 | $125.05 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

                                                                      $17,918.10

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:  _____78,508.88 — _____0.00 = .... $78,508.88
face amount           doubtful or uncollectible accounts

12.  **Total of Part 3.**   | $78,508.88 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See Spreadsheet of Office Equipment (attached)** | $108,620.89 | | $108,620.89 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**   | $108,620.89 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Chevrolet Silverado<br>(1GCRCPEH1HZ386795)** | **$0.00** | | **$13,121.31** |
| 47.2. **2019 Chevrolet Silverado<br>(1GCRWBEJ0KZ387115)** | **$0.00** | | **$33,455.00** |
| 47.3. **2020 Chevrolet Silverado<br>(3GCNWAEHXLG130201)** | **$0.00** | | **$28,473.31** |
| 47.4. **2021 Chevrolet Silverado<br>(3GCNWAEK6MG328416)** | **$0.00** | | **$34,647.74** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                      | **$109,697.36** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **The Debtor keeps records of its cutomers including names, addresses, phone numbers and email addresses.** | **$0.00** | | **$0.00** |

| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                          **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Remodel 615, LLC**           Case number *(If known)* _____
<br>Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,918.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $78,508.88 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $108,620.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $109,697.36 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $314,745.23 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $314,745.23 |

# 41. Office Equipment, etc.

| DATE | VALUE | VALUATION | ITEM DESCRIPTION | LOCATION | HOLDER |
|------|-------|-----------|------------------|----------|--------|
| 3/24/2022 | $ 198.04 | Book | (2) Tiger Brand Super S Series 36 in. Jack Post | ? | Remodel 615 |
| 3/9/2022 | $ 163.86 | Book | Blue Yeti Microphone (Blackout) w/ Knox Boom Arm Stand, Pop Filter & Shock Mount Bundle | Design Office | Anna |
| 2/18/2022 | $ 167.10 | Book | BLACK+DECKER BCRK25B Compact Refrigerator Energy Star Single Door Mini Fridge with Freezer, 2.5 Cubic Feet, Black | Design Office | Hillsboro Village |
| 6/15/2022 | $ 75.73 | Book | Circa Leverage Punch | Design Office | Hillsboro Village |
| 3/2/2022 | $ 120.16 | Book | Netgear AX1600 4-Stream Wifi 6 Mesh Extender | Design Office | Hillsboro Village |
| 9/9/2022 | $ 131.15 | Book | YeaLink W73P DECT IP Phone System- W73H Handset and W70B Base Station Package | Design Office | Hillsboro Village |
| 4/29/2022 | $ 21.94 | Book | Logitech - MK270 Full-size Wireless Membrane Keyboard and Mouse Bundle for Windows - Black | Home Office- Debi Eaton | Debi |
| | $ 164.61 | Book | AOC 24B2XH 24" Full HD IPS Monitor | Home Office- Debi Eaton | Debi |
| | $ 1,514.54 | Book | Inspiron 7706 2n1 Device Name: Remodel615-OFFCMNGR | Home Office- Debi Eaton | Debi |
| | $ 493.86 | Book | HP LaserJet Pro M283fdw Wireless Laser All-In-One Color Printer | Home Office- Debi Eaton | Debi |
| | $ 46.19 | Book | Canon P23-DHV-3 Printing Calculator | Home Office- Debi Eaton | Debi |
| | $ 18.65 | Book | Liens Laptop Cooler Cooling Pad Slim Portables | Home Office- Debi Eaton | Debi |
| 9/9/2022 | $ 142.03 | Book | YeaLink W53P DECT Cordless Handset & Base Station | Home Office- Joy Baughman | Joy |
| 2/22/2022 | $ 203.93 | Book | Realspace® Chase 47"W Writing Desk, Coastal Gray | Home Office- Joy Baughman | Joy |
| 7/12/2022 | $ 98.76 | Book | Ativa 10-sheet Cross-Cut Shredder | Home Office- Joy Baughman | Joy |
| 4/29/2022 | $ 21.94 | Book | Logitech - MK270 Full-size Wireless Membrane Keyboard and Mouse Bundle for Windows - Black | Home Office- Michelle Frank | Michelle |
| 4/29/2022 | $ 142.66 | Book | Dell - S2421NX 24" IPS LED FHD - AMD FreeSync - VESA - Monitor (HDMI) - Black | Home Office- Michelle Frank | Michelle |
| | $ 153.62 | Book | Sceptre E248W-19203R 24" Ultra Thin LED Monitor | Home Office- Michelle Frank | Michelle |
| | $ 152.22 | Book | Sceptre E248W-19203R 24" Ultra Thin LED Monitor | Home Office- Michelle Frank | Michelle |
| | $ 21.94 | Book | Havit Laptop Cooling Pad Fan | Home Office- Michelle Frank | Michelle |
| | $ 150.00 | Book | HP OfficeJet 3830 All in One Printer Series | Home Office- Michelle Frank | Michelle |
| | $ 71.33 | Book | Staples Wedgemere Bonded Leather HighBack Manager Chair Black 56906 | Home Office- Noah Stewart | Kayla |
| 3/26/2022 | $ 1,970.76 | Book | NZXT H510 Flow Build, Standard Service (US), Windows 11 Pro, Western Digital SN570 1TB, NVIDIA GEFORCE RTX™ 3060 - EVGA XC GAMING, Seasonic S12III 650W Bronze, Team T-FORCE Vulcan Z DDR4 3200MHz 3200 MHz (Maximum Speed) 16GB (2X8GB) More Info, AMD Ryzen 5 5600x 6-Cores 3.7GHz, MSI B550-A PRO (CEC), NZXT Kraken X53 (Black), NZXT H510 Flow (White) | Home Office- Noah Stewart | Noah |
| 3/26/2022 | $ 216.65 | Book | Cyber Acoustics CA-3602FFP 2.1 Speaker Sound System with Subwoofer and Control Pod Great for Music, Movies, Multimedia Pcs, Macs, Laptops and GSceptre IPS 27-Inch Business Computer Monitor 1080p 75Hz with HDMI VGA Build-in Speakers, Machine Black 2020 (E275W-FPT), 27" IPS 75Hzaming | Home Office- Noah Stewart | Noah |
| | $ 867.01 | Book | Portable Generator 6500W | Home Office- Noah Stewart | Noah |
| | $ 45.00 | Book | Amazon Basics Shredder | Home Office- Noah Stewart | Noah |
| 4/29/2022 | $ 21.94 | Book | Logitech - MK270 Full-size Wireless Membrane Keyboard and Mouse Bundle for Windows - Black | Home Office- Toni Fragello | Toni |
| | $ 52.67 | Book | Dell Pro Backpack 17 (PO1720P) | Home Office- Toni Fragello | Toni |
| | $ 18.65 | Book | Liens Laptop Cooler Cooling Pad Slim Portables | Home Office- Toni Fragello | Toni |

| Date | | Amount | Type | Description | Location | Person |
|---|---|---|---|---|---|---|
| 1/5/2022 | $ | 580.57 | Replacement Cost | iPad 9th Generation with Wi-Fi + Cellular - 64GB - Space Gray + 2 Years of Apple Care | Home Office- Tori Bickford | Tori |
| | | | | iPad 9th Gen.- Rugged Heavy Duty Shockproof Rotatable Kickstand Protective Cover - Black | Home Office- Tori Bickford | Tori |
| 3/14/2022 | $ | 127.29 | Replacement Cost | Arteck Ultra-Slim Bluetooth Keyboard Compatible with iPad 10.2-inch | Home Office- Tori Bickford | Tori |
| UNIT #1 | $ | 163.53 | Replacement Cost | Lenovo Chromebook 3 14" Laptop - Mediatek MT8183 - 4GB Memory - 64GB eMMC - Arctic Grey | Home Office- Tori Bickford | Tori |
| UNIT #1 | | | | Charger Cord | Home Office- Tori Bickford | Tori |
| UNIT #1 | | | | Charger Block | Home Office- Tori Bickford | Tori |
| UNIT #2 | $ | 464.20 | Replacement Cost | Dell Inspiron 7706 2n1 i7 Laptop & Charger | Home Office- Tori Bickford | Tori |
| UNIT #2 | | | | Charger | Home Office- Tori Bickford | Tori |
| UNIT #3 | $ | 749.99 | Replacement Cost | HP Laptop - 15-dw2025od Intel® Core™ i5-1035G1 | Home Office- Tori Bickford | Tori |
| UNIT #3 | | | | Charger | Home Office- Tori Bickford | Tori |
| UNIT #4 | $ | 349.00 | Replacement Cost | Dell Inspiron 15 3000 i5 Laptop & Charger | Home Office- Tori Bickford | Tori |
| UNIT #4 | | | | Charger Block | Home Office- Tori Bickford | Tori |
| UNIT #4 | | | | Charger Cord | Home Office- Tori Bickford | Tori |
| UNIT #5 | $ | 349.00 | Replacement Cost | Dell Inspiron 15 3000 i5 Laptop & Charger | Home Office- Tori Bickford | Tori |
| UNIT #5 | | | | Charger Block | Home Office- Tori Bickford | Tori |
| 3/23/2022 | $ | 32.87 | Book | Logitech - MK295 Wireless Mouse & Keyboard Combo- Black | Home Office- Tori Bickford | Tori |
| 1/29/2022 | $ | 11.31 | Book | Logitech MK345 Wireless Keyboard and Mouse Combo | Home Office- Tori Bickford | Tori |
| 4/29/2022 | $ | 21.94 | Book | Logitech - MK270 Full-size Wireless Membrane Keyboard and Mouse Bundle for Windows - Black | Home Office- Tori Bickford | Tori |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | Home Office- Tori Bickford | Tori |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | Home Office- Tori Bickford | Tori |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | Home Office- Tori Bickford | Tori |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | Home Office- Tori Bickford | Tori |
| 1/29/2022 | $ | 23.01 | Book | | Home Office- Tori Bickford | Tori |
| | $ | 65.84 | Book | Dell Pro Backpack 17 (PO1720P) | Home Office- Tori Bickford | Tori |
| | $ | 164.61 | Book | AOC 24B2XH 24" Full HD IPS Monitor | Home Office- Tori Bickford | Tori |
| | $ | 1,393.81 | Book | Inspiron 7706 2n1 Device Name: Remodel615-AR | Home Office- Tori Bickford | Tori |
| | $ | 46.19 | Book | Canon P23-DHV-3 Printing Calculator | Home Office- Tori Bickford | Tori |
| | $ | 18.65 | Book | Liens Laptop Cooler Cooling Pad Slim Portables | Home Office- Tori Bickford | Tori |
| | $ | 21,872.00 | KBB | 2021 Chevy Silverado | Murfreesboro Office | Murfreesboro Offce |
| | $ | 22,233.00 | KBB | 2020 Chevy Silverado | Kade Phillips | Kade Phillips |
| | | | | iPhone 11 64G | M'Boro Office ? | ? |
| 1/4/2022 | $ | 16.70 | Book | KEROLFFU Laptop Cooling Pad 15.6 14 13 Inch | Murfreesboro Office | Michelle |
| 1/4/2022 | $ | 32.91 | Book | Portable Electric Space Heater 1500W/750W Personal Room Heater with Thermostat | Murfreesboro Office | Michelle |
| | $ | 164.61 | Book | AOC 24B2XH 24" Full HD IPS Monitor | Murfreesboro Office | Michelle |
| | $ | 3,534.32 | Book | Precision 7550 Workstation Device Name: DESKTOP-CKVPLNJ | Murfreesboro Office | Michelle |
| | $ | 38.40 | Book | VIVO Dual LCD 13-27 in. Monitor Desk Mount for 2 Screens | Murfreesboro Office | Michelle |
| | $ | 120.71 | Book | HP DeskJet 4155e All-In-One Printer | Murfreesboro Office | Michelle |
| | $ | 72.42 | Book | Sharp Paperless EL1901 Twelve Digit Desktop Calculator | Murfreesboro Office | Michelle |
| | $ | 27.43 | Book | KYODOLED Cash Box With Money Tray | Murfreesboro Office | Michelle |
| 5/9/2022 | $ | 1,844.29 | Book | Hillsboro Office Sign | Myatt Dr. Storage | Remodel 615 |
| 10/10/2022 | | Unknown | | (2) Bar Height Stools | Myatt Dr. Storage | Remodel 615 |
| | $ | 224.21 | Replacement Cost | 10' x 10' Interlocking Foam Mats, Set of 26 Flooring Tiles - Gray Wood Grain | Myatt Dr. Storage | Remodel 615 |
| 1/20/2022 | $ | 108.21 | Book | Best Choice Products 32in Bar Height Folding Table - Locking Legs, 330lb Weight Capacity White | Myatt Dr. Storage | Remodel 615 |
| 2/7/2022 | $ | 159.13 | Book | HP - 21.5" IPS LED Full HD FreeSync Monitor (HDMI, VGA) | Myatt Dr. Storage | Remodel 615 |
| 4/29/2022 | $ | 142.01 | Book | Dell - S2421NX 24" IPS LED FHD - AMD FreeSync - VESA - Monitor (HDMI) - Black | Myatt Dr. Storage | Remodel 615 |
| 4/29/2022 | $ | 142.01 | Book | Dell - S2421NX 24" IPS LED FHD - AMD FreeSync - VESA - Monitor (HDMI) - Black | Myatt Dr. Storage | Remodel 615 |

| Date | | Amount | Value Type | Description | Location | Owner |
|---|---|---|---|---|---|---|
| 2/7/2022 | $ | 1,569.41 | Book | Silver & Blacks & Cyber Power PC & CyberPowerPC - Gamer Master Gaming Desktop - AMD Ryzen 5 5600G - 16GB Memory - NVIDIA GeForce RTX 3060 - 1TB HDD + 500GB SSD - Black | Myatt Dr. Storage | Remodel 615 |
| | | | | CyberPowerPC Gaming Optical Mouse | Myatt Dr. Storage | Remodel 615 |
| | | | | Charger cord | Myatt Dr. Storage | Remodel 615 |
| | | | | CyberPowerPC LED Multimedia USB Wired Gaming Keyboard | Myatt Dr. Storage | Remodel 615 |
| 5/5/2022 | $ | 163.53 | Book | Lenovo Chromebook 3 14" Laptop - Mediatek MT8183 - 4GB Memory - 64GB eMMC - Arctic Grey | Myatt Dr. Storage | Remodel 615 |
| 1/27/2022 | $ | 75.00 | Book | (2) 3 Drawer Lateral File Cabinets: Black Metal | Myatt Dr. Storage | Remodel 615 |
| 1/29/2022 | $ | 12.06 | Book | SimpleHouseware 3-Pack Stackable Desk File Document Letter Tray w/ 5 Compartments Step File Organizer, Black | Myatt Dr. Storage | Remodel 615 |
| | $ | 109.24 | Book | Acer 23.8" IPS LED FHD FreeSync Monitor | Myatt Dr. Storage | Remodel 615 |
| | $ | 77.72 | Book | Floor TV Stand w/ Swivel Mount for 32-65 in TV | Myatt Dr. Storage | Remodel 615 |
| | $ | 21.40 | Book | Accuteck All In 1 Series W-8250-50lbs A-Pt 50 Digital Shipping Scale | Myatt Dr. Storage | Remodel 615 |
| | $ | 19.74 | Book | Mounting Dream Full Motion Monitor Wall Mount TV Bracket for 10-26 in Monitor | Myatt Dr. Storage | Remodel 615 |
| | $ | 435.00 | Book | TCL 55" TV | Myatt Dr. Storage | Remodel 615 |
| | $ | 125.00 | Book | Yard Games Connect 4 | Myatt Dr. Storage | Remodel 615 |
| | $ | 20.00 | Book | Party Game Jenga | Myatt Dr. Storage | Remodel 615 |
| | $ | 21.94 | Book | Mounting Dream Full Motion Monitor Wall Mount TV Bracket for 10-26 in Monitor | Myatt Dr. Storage | Remodel 616 |
| | $ | 21.94 | Book | Mounting Dream Full Motion Monitor Wall Mount TV Bracket for 10-26 in Monitor | Myatt Dr. Storage | Remodel 617 |
| | $ | 21.94 | Book | Mounting Dream Full Motion Monitor Wall Mount TV Bracket for 10-26 in Monitor | Myatt Dr. Storage | Remodel 618 |
| | $ | 19,720.00 | KBB | 2019 Chevy Silverado | Noah Stewart | Noah Stewart |
| 1/5/2022 | $ | 580.57 | Book | iPad- 9th Generation with Wi-Fi + Cellular - 64GB - Space Gray + 2 Years of Apple Care | On person | Izzy James |
| | | | | iPad 9th Gen.- Rugged Heavy Duty Shockproof Rotatable Kickstand Protective Cover - Black | On person | Izzy James |
| 3/14/2022 | $ | 127.29 | Book | Arteck Ultra-Slim Bluetooth Keyboard Compatible with iPad 10.2-inch | On person | Izzy James |
| UNIT #6 | $ | 464.20 | Replacement Cost | Dell Inspiron 15 3000 Laptop & Charger | Home Office- Tori Bickford | Tori |
| UNIT #6 | | | | Charger Cord | Home Office- Tori Bickford | Tori |
| UNIT #6 | | | | Charger Block | Home Office- Tori Bickford | Tori |
| 4/5/2022 | $ | 32.76 | Book | Laser Measure 196Ft, ENGiNDOT Digital Laser Distance Meter with 2 Bubble Level, M/in/Ft/Ft+in Units Change, Live Measuring, IP54 Shockproof & Waterproof | On person | Josh Miles |
| 1/24/2022 | $ | 29.49 | Book | Laser Measure 165Ft - LOMVUM Laser Tape Measure | Rob Baughman | Rob Baughman |
| 3/14/2022 | " " | | Book | (1) iPad Air 2 Case for Kids 9.7 Inch (2014 Release) with Stand | TSQ iPad Air 2 Generation Heavy Duty Protective Cover w/ 360 Degree Handle Hand Shoulder Strap for Air 2nd Gen A1566 A1567 Black | Rob Baughman | Rob Baughman |
| 3/23/2022 | $ | 87.39 | Book | Smash Technologies Accessories Mac: Smash Technologies Simply USB-C 9 Ports Adapter Space Gray | Rob Baughman | Rob Baughman |
| 2/23/2022 | $ | 435.91 | Book | Shure MOTIV MV7 Dynamic Cardioid USB and XLR Podcast Microphone - New, Black, Bundle with K&M 23840 Desk Arm + SRH440A Headphones | Rob Baughman | Rob Baughman |
| 3/2/2022 | $ | 12.01 | Book | Microphone Pop Filter For Blue Yeti and Any Other Microphone Dual Layered Wind Pop Screen With Flexible 360° Gooseneck Clip Stabilizing Arm By Earamb | Rob Baughman | Rob Baughman |
| 5/23/2022 | $ | 1,755.99 | Book | Apple iPhone 13 Pro Max 1TB in Sierra Blue | Rob Baughman | Rob Baughman |
| 3/14/2022 | $ | 197.74 | Book | Google WiFi system (for Podcast and work from home) | Rob Baughman | Rob Baughman |
| | $ | 120.71 | Book | Lenovo -Q24i-10 24" LCD Monitor | Rob Baughman | Rob Baughman |
| | $ | 1,207.72 | Book | Apple 15in MacBook Pro | Rob Baughman | Rob Baughman |
| | $ | 350.00 | Book | 28' Aluminum Ext. Ladder | Rob Baughman | Rob Baughman |
| | $ | 200.00 | Book | 21' Gorilla Folding Ladder | Rob Baughman | Rob Baughman |
| | $ | 4,500.00 | Book | 4' x 6' Enclosed Trailer - Single Axle | Rob Baughman | Rob Baughman |
| | $ | 12,761.00 | KBB | 2017 Chevrolet Silverado 1500 - White | Rob Baughman | Rob Baughman |
| | $ | 125.00 | Book | Extra Large Igloo Cooler | Rob Baughman | Rob Baughman |
| | $ | 250.00 | Book | Yard Games Cornhole x2 | Rob Baughman | Rob Baughman |
| 5/19/2022 | $ | 39.29 | Book | (2) 80" X 72" Premium Moving Blankets | Truck #3 | Kade |

| | | | | | |
|---|---|---|---|---|---|
| 5/9/2022 | $ | 87.79 | Book | Easy Shade 12x12 - Tent for Golf Tournaments | Unknown | Kandi McElhannon |
| 1/20/2022 | $ | 15.24 | Book | SUNTQ 32x43 Cocktail Spandex Stretch Square Corners Tablecloth White | Unknown | Kandi McElhannon |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | | |
| 5/5/2022 | $ | 10.96 | Book | Logitech - M170 Wireless Compact Ambidextrous Mouse - Black | | |
| | $ | 108,620.89 | | | | |

# Remodel 615 LLC

## A/R Aging Summary
### As of February 6, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| 167-Karg Kitchen & Covered Patio | | | | 271.25 | | $271.25 |
| 211-Mott Sunroom | | | | 10,213.33 | | $10,213.33 |
| 237-Cavendish Bath Addition & Bath Remodel | | 11,245.50 | | | | $11,245.50 |
| 240-Bandas Foster Street Roofing | | 3,846.40 | | | | $3,846.40 |
| 259-Barnhart Garage | | | 3,297.14 | | | $3,297.14 |
| 260-Davis Kitchen & Bath | | | -197.77 | | | $ -197.77 |
| 267-Knowles Bathroom | 3,180.38 | | | | | $3,180.38 |
| 308-Pogue Kitchen | | 11,191.51 | | | | $11,191.51 |
| 318-Ginsberg Misc Remodels | | 23,319.65 | | | | $23,319.65 |
| 331- DeFreitas Garage & Pool House Design | | 2,983.50 | | | | $2,983.50 |
| 332-Buchanan Gutters & Eaves | | 1,180.70 | | | | $1,180.70 |
| 337-Stutsman Deck | | 7,778.97 | | | | $7,778.97 |
| Michael D Franks - 1075 | | | | | 198.32 | $198.32 |
| TOTAL | $3,180.38 | $61,546.23 | $3,099.37 | $10,484.58 | $198.32 | $78,508.88 |

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Remodel 615, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A <br> Amount of claim <br> Do not deduct the value of collateral. | Column B <br> Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| **2.1** | **Ally Financial Inc.** <br> Creditor's Name <br><br> **PO Box 9001948** <br> **Louisville, KY 40290-1948** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known | Describe debtor's property that is subject to a lien <br> **2021 Chevrolet Silverado** <br> **(3GCNWAEK6MG328416)** <br><br> Describe the lien <br> **Car Note - Retail Installment Sale Contract** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$24,186.66** | **$34,647.74** |
| | **Date debt was incurred** <br> **08/27/2021** <br> **Last 4 digits of account number** <br> **5074** <br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** | **Ally Financial Inc.** <br> Creditor's Name <br><br> **PO Box 9001948** <br> **Louisville, KY 40290-1948** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known | Describe debtor's property that is subject to a lien <br> **2019 Chevrolet Silverado** <br> **(1GCRWBEJ0KZ387115)** <br><br> Describe the lien <br> **Car Note - Consumer Credit Agreement** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $14,858.18 | $33,455.00 |
| | **Date debt was incurred** <br> **07/16/2020** <br> **Last 4 digits of account number** <br> **7341** <br> **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |

�a No
☐ Yes. Specify each creditor,
   including this creditor and its
   relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fox Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $88,441.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1920 E. Hallandale Beach
Blvd. Suite 503
Hallandale, FL 33009**

Creditor's mailing address

**underwriting@foxbusiness
funding.com**

Creditor's email address, if known

Date debt was incurred
**9/7/2022**

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**Fox Business Funding Future Receivables
Sale Loan of $142k**

Describe the lien
**Future Receivables Sale**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐a Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **GM Financial** | Describe debtor's property that is subject to a lien | $18,351.09 | $28,473.31 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 183593
Arlington, TX 76096-3834**

Creditor's mailing address

**cfcorrespondence@gmfina
ncial.com**

Creditor's email address, if known

Date debt was incurred
**08/20/2020**

Last 4 digits of account number
**2550**

Do multiple creditors have an
interest in the same property?

☐a No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**2020 Chevrolet Silverado
(3GCNWAEHXLG130201)**

Describe the lien
**Car Note - Retail Installment Sale Contract**

Is the creditor an insider or related party?

☐a No
☐ Yes

Is anyone else liable on this claim?

☐a No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Intuit Financing Inc.** | Describe debtor's property that is subject to a lien | $44,318.93 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2700 Coast Ave
Mountain View, CA 94043**

Creditor's mailing address

**Business Loan Agreement**

Describe the lien
**Business Loan Agreement**

Is the creditor an insider or related party?

☐a No

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**7/6/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **IOU Central Inc.** | Describe debtor's property that is subject to a lien | $86,434.56 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Promissory Note for Commercial Loan for $300k**

**600 TownPark Lane, Suite 100**
**Kennesaw, GA 30144**

Creditor's mailing address

**Describe the lien**

**IOU Finance Loan Payable**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**11/10/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **IOU Central Inc.** | Describe debtor's property that is subject to a lien | $15,506.98 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Guaranty Fee for $63k**

**600 TownPark Lane, Suite 100**
**Kennesaw, GA 30144**

Creditor's mailing address

**Describe the lien**

**IOU Guaranty Fee**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**11/10/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **NewCo Capital Group VII LLC** | | |
|---|---|---|---|

Creditor's Name

**c/o Ariel Bouskila, Esq.**
**80 Broad St Suite 3303**
**New York, NY 10004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/04/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Amount of Judgment entered on 01.04.23 in Lawsuit**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

$223,312.06      $0.00

---

| 2.9 | **Small Business Financial Solution, LLC** | | |
|---|---|---|---|

Creditor's Name

**dba Rapid Finance**
**4500 East West Highway,**
**6th Floor**
**Bethesda, MD 20814**
Creditor's mailing address

**darnellstribling@rapidfinance.com**
Creditor's email address, if known

**Date debt was incurred**
**9/8/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**IBA CLOC**

**Describe the lien**
**Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$56,494.46      $0.00

---

| 2.1 0 | **U.S Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**Robin Smith, Paralegal, Disaster Assist.**
**1105 N. Market St. Lobby Level**
**Wilmington, DE 19801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Loan Agreement**
**Is the creditor an insider or related party?**
☐ No

$62,000.00      $78,508.88

| Debtor | **Remodel 615, LLC** | Case number *(if known)* | |
|--------|---------------------|------------------------|---|
| | Name | | |

Creditor's email address, if known

**Yes**

**Is anyone else liable on this claim?**

**Date debt was incurred**

**6/7/20**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $633,904.69 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-----------------------------------------------------------|------------------------------------------------|
| **Ally Bank Customer Care**<br>**P.O. Box 951**<br>**Horsham, PA 19044** | Line __2.1__ | |
| **Ally Bank Customer Care**<br>**P.O. Box 951**<br>**Horsham, PA 19044** | Line __2.2__ | |
| **Ally Financial Inc.**<br>**Processing Center**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948** | Line __2.1__ | |
| **Ally Financial Inc.**<br>**Processing Center**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948** | Line __2.2__ | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**31-W Insulation Co., Inc.**<br>**P.O. Box 306010**<br>**Nashville, TN 37230-6010**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Debt Owed to Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,763.18** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**84 Lumber**<br>**PO Box 365**<br>**Eighty Four, PA 15330**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number   **0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Debt Owed to Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,451.25** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**ABC Supply Co.**<br>**PO Box 742067**<br>**Atlanta, GA 30374-2067**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number   **5122** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Debt Owed to Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$78,518.59** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**All Phase Electric TN, LLC**<br>**241 Addison Ave**<br>**Chapel Hill, TN 37034**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   **Debt Owed to Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,500.00** |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,901.20 |
|---|---|---|---|

**Alley-Cassetty Companies Inc.**
**PO Box 23305**
**Nashville, TN 37202**

Date(s) debt was incurred _

Last 4 digits of account number  8842

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,587.05 |
|---|---|---|---|

**American Express**
**PO Box 297879**
**Fort Lauderdale, FL 33329-7879**

Date(s) debt was incurred _

Last 4 digits of account number  1009

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  American Express Business Gold Credit Card Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,226.26 |
|---|---|---|---|

**Arreola Painting**
**4811 Citrus Drive**
**Nashville, TN 37211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,964.10 |
|---|---|---|---|

**AVI**
**1945 Mallory Ln Suite 130**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.00 |
|---|---|---|---|

**B&S Insulation and Gutters**
**840 N Jefferson St**
**Shelbyville, TN 37160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,230.14 |
|---|---|---|---|

**Bellagio Granite Marble and Quartz**
**345 Old Airport Rd**
**Gallatin, TN 37066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Brandwerks Enterprise**
**1030 40th Ave N**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Debt Owed to Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,928.42 |
|------|---|---|---|

**Buddy Allen Carpet**
**2405 Lebanon Pk**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,790.10 |
|------|---|---|---|

**Builder Supply Source LLC**
**227 Nesbitt Ln**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|------|---|---|---|

**C12 Middle TN LLC**
**c/o HA Beasley & Company PLLC**
**PO Box 1044**
**Shelbyville, TN 37162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,895.52 |
|------|---|---|---|

**CapitalOne**
**PO Box 30285**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CapitalOne Spark Mastercard Credit Card Debt**

Last 4 digits of account number  **4918**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,480.64 |
|------|---|---|---|

**Central Woodwork Inc**
**PO Box 654057**
**Dallas, TX 75265-4057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number  **M500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.86 |
|------|---|---|---|

**Cincinnati Life Insurance Company**
**PO Box 145496**
**Cincinnati, OH 45205-5496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.20 |
|------|---|---|---|

**CNB Plumbing Service**
**275 David Williams Rd**
**Bell Buckle, TN 37020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,185.00** |
|------|---|---|---|

**Coco Construction LLC**
**4209 Higdon Dr**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,667.00** |
|------|---|---|---|

**Covert Plumbing**
**4261 Sweden Dr**
**Hermitage, TN 37076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|------|---|---|---|

**Data Suites Murfreesboro**
**4925 Veterans Pkwy**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|------|---|---|---|

**Davishire Capital Management LLC**
**1900 Patterson Street #205**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.68** |
|------|---|---|---|

**Discount Tire Fleet**
**PO Box 842349**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,007.89** |
|------|---|---|---|

**Ferguson Enterprises LLC #20**
**PO Box 100286**
**Atlanta, GA 30384-0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number  **8717**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.17** |
|------|---|---|---|

**Firestone Complete Auto Care**
**Commercial Account Payment Center**
**PO Box 403727**
**Atlanta, GA 30384-3727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Debt Owed to Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>**Genesis Electric LLC**<br>**1410 W Malloy Ln**<br>**Murfreesboro, TN 37129** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,738.51** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Debt Owed to Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.27 | Nonpriority creditor's name and mailing address<br>**Gladiator Roofing and More LLC**<br>**1077 Mansker Farms Blvd**<br>**Hendersonville, TN 37075** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,150.58** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Debt Owed to Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.28 | Nonpriority creditor's name and mailing address<br>**Gonzalez Construction LLC**<br>**3328 Timber Trail**<br>**Antioch, TN 37013** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,259.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Debt Owed to Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.29 | Nonpriority creditor's name and mailing address<br>**Granite Stone & Design, Inc**<br>**201 Lyle Lane**<br> **AR 72100** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,318.50** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Debt Owed to Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.30 | Nonpriority creditor's name and mailing address<br>**Home Depot Credit Services**<br>**PO Box 790340**<br>**Saint Louis, MO 63179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,426.90** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __5230__ | Basis for the claim: __Home Depot Commercial Account Credit Card Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.31 | Nonpriority creditor's name and mailing address<br>**Home Depot Credit Services**<br>**PO Box 790345**<br>**Saint Louis, MO 63179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,937.10** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __9885__ | Basis for the claim: __Home Depot RCL Credit Card Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.32 | Nonpriority creditor's name and mailing address<br>**Huskey Truss & Building Supply Inc**<br>**424 Lewisburg Pk**<br>**Franklin, TN 37064** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,881.34** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number __D615__ | Basis for the claim: __Debt Owed to Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**J&J Services, Inc.**<br>**PO Box 535233**<br>**Pittsburgh, PA 15253-5233** | As of the petition filing date, the claim is: Check all that apply.     **$46,975.50** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number   **2481** | Basis for the claim:   **Debt Owed to Vendor** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Jasson Romario Contreras Portillo**<br>**6957 Old Nashville Hwy**<br>**Murfreesboro, TN 37129** | As of the petition filing date, the claim is: Check all that apply.     **$9,543.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number ___ | Basis for the claim:   **Debt Owed to Vendor** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Jon Loba**<br>**1620 Diamond Drive**<br>**Franklin, TN 37064** | As of the petition filing date, the claim is: Check all that apply.     **$53,334.00** |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number   **ment** | Basis for the claim:   **Debt owed to Client** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Jon Loba**<br>**1620 Diamond Drive**<br>**Franklin, TN 37064** | As of the petition filing date, the claim is: Check all that apply.     **$15,719.50** |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number   **wall** | Basis for the claim:   **Debt Owed to Client** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**K Creative Painting Inc**<br>**19 Cypress Hill Dr**<br>**Lebanon, TN 37087** | As of the petition filing date, the claim is: Check all that apply.     **$1,200.00** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number   **M615** | Basis for the claim:   **Debt Owed to Vendor** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Krystal Larson**<br>**3000 Helfrich Cour**<br>**Spring Hill, TN 37174** | As of the petition filing date, the claim is: Check all that apply.     **$10,382.84** |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | | ■ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number   **chen** | Basis for the claim:   **Debt Owed to Client** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Lansing Building Products**<br>**2811 Brick Church Pike Ste C1**<br>**Nashville, TN 37207** | As of the petition filing date, the claim is: Check all that apply.     **$3,894.17** |
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred ___ | |
| | Last 4 digits of account number ___ | Basis for the claim:   **Debt Owed to Vendor** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,848.15 |

**Liberty Waste LLC**
PO Box 554884
Detroit, MI 48255-4884

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.98 |

**LogMeIn Communications Inc**
PO Box 412252
Boston, MA 02241-2252

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,960.07 |

**Louisville Tile Dist. Inc**
PO Box 32160
Depart #109
Louisville, KY 40232

Date(s) debt was incurred _
Last 4 digits of account number  **2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,604.04 |

**Lowe's Home Centers, LLC**
PO Box 965054
Orlando, FL 32896

Date(s) debt was incurred _
Last 4 digits of account number  **8066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lowes Commercial Credit Card Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,808.25 |

**Master Craftsmen's Studio LLC**
722 Myatt Dr
Madison, TN 37115

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Media Vision Advertising Inc.**
PO Box 452
Mount Juliet, TN 37122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,420.57 |

**Merchants Automotive Group, LLC**
14 Central Park Drive
Hooksett, NH 03106

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address
**Metal Max Roofing and Siding**
**900 Cpt Joe Fulghum Dr**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _____
Last 4 digits of account number _8243_

As of the petition filing date, the claim is: *Check all that apply.*  **$4,769.94**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Debt Owed to Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address
**Metro Roofing & Metal Supply Co, Inc**
**805 16th Avenue North**
**Nashville, TN 37203**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$8,908.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Debt Owed to Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address
**Morenos Gutters LLC**
**1614 Bartway Dr**
**Murfreesboro, TN 37130**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$408.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Debt Owed to Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
**Mt Juliet Chamber of Commerce**
**2055 N Mt Juliet Rd Ste 200**
**Mount Juliet, TN 37122**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Debt Owed to Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**Myatt Drive Properties, LLC**
**1508 Dresden Circle**
**Nashville, TN 37215**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$80,000.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Amount Demanded in Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
**Nashville Electric Service**
**PO Box 305099**
**Nashville, TN 37230-5099**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$41.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address
**North Point Plumbing LLC**
**908 Sherbrooke Cove**
**Nashville, TN 37211**

Date(s) debt was incurred _____
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Debt Owed to Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Remodel 615, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|
| | OAB Painting Company<br>5069 McLendon Dr Unit B<br>Antioch, TN 37013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,260.00 |
|---|---|---|---|
| | Orozco Painting & Drywall LLC<br>1940 Port James Cir<br>Antioch, TN 37013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,923.69 |
|---|---|---|---|
| | Paramount Roofing & Exteriors<br>1500 Medical Center Pkwy, #3A-27<br>Murfreesboro, TN 37129 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.95 |
|---|---|---|---|
| | PaySimple<br>3601 Walnut Street Ste 400<br>Denver, CO 80205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,766.07 |
|---|---|---|---|
| | Pella Window & Door<br>1150 Antioch Pike Suite 100<br>Nashville, TN 37211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,722.95 |
|---|---|---|---|
| | Performance Contracting of TN Inc.<br>1008 Jade Ct<br>Castalian Springs, TN 37031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | Premium Drywall<br>PO Box 110102<br>Nashville, TN 37222 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: Debt Owed to Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,871.35** |
|---|---|---|---|
| | **Rocky Top Custom Countertops**<br>**7106 Crossroads Blvd Suite 222**<br>**Brentwood, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,690.00** |
|---|---|---|---|
| | **Ryan Williams**<br>**168 Chippendale Dr**<br>**Hendersonville, TN 37075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,150.00** |
|---|---|---|---|
| | **Shooks Film & Glass Service**<br>**242 Chipman Rd**<br>**Bethpage, TN 37022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,486.49** |
|---|---|---|---|
| | **Super Fleet Mastercard**<br>**PO Box 70995**<br>**Charlotte, NC 28272-0995** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,136.20** |
|---|---|---|---|
| | **The Carter-Jones Lumber Company**<br>**PO Box 40**<br>**Kent, OH 44240-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number **1869** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,226.79** |
|---|---|---|---|
| | **The Oakley Lumber Co LLC**<br>**707 42nd Ave N**<br>**Nashville, TN 37209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number **O615** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,690.50** |
|---|---|---|---|
| | **The Sherwin Williams Co**<br>**3438 Lebanon Rd, Ste# A**<br>**Hermitage, TN 37076-2006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Debt Owed to Vendor** | |
| | Last 4 digits of account number **1810** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,887.44 |
|---|---|---|---|

**The Tile Shop LLC**
**PO Box 74007280**
**Chicago, IL 60674-7280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,651.29 |
|---|---|---|---|

**Thompson Electric Inc**
**129 Southside Park Dr**
**Lebanon, TN 37090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Total Trans4mation Heating & Air**
**Condtioning, Inc.**
**320 W Main St, Ste 200**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,287.57 |
|---|---|---|---|

**Tri-Star Electrical Solutions LLC**
**25 Carmene Ct W**
**McMinnville, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,924.58 |
|---|---|---|---|

**Valley Interior Products Inc**
**PO Box 645729**
**Cincinnati, OH 45264-5729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4249**

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213.50 |
|---|---|---|---|

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt Owed for Cell Phone Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,924.20 |
|---|---|---|---|

**Walker Lumber & Hardware Inc**
**527 W Thompson Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4625**

Basis for the claim:  **Debt Owed to Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,572.81 |
|---|---|---|---|

**Young's Drywall Supply Inc**
**1015 S Church Street**
**Murfreesboro, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Debt Owed to Vendor**

Last 4 digits of account number  **L615**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,090,375.72 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,090,375.72 |

Fill in this information to identify the case:

Debtor name          **Remodel 615, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Office License Agreement for Office Space and Furniture in Suite 79 at 1500 Medical Center Parkway, #31-27, Murfreesboro, TN 37129; Start Date 10/25/22 - Month-to-Month Rent is $595** |
| State the term remaining | **The View at Fountains dba Studio at Fountains 500 Medical Center Parkway, #3A Nashville, TN 37219** |
| List the contract number of any government contract  _____ | |

| Fill in this information to identify the case: |
|---|
| Debtor name     **Remodel 615, LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known)    _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■.Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Noah Henderson Stewart** | **1279 Barry Lane Gallatin, TN 37066** | **IOU Central Inc.** | ■ D   **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Noah Henderson Stewart** | **1279 Barry Lane Gallatin, TN 37066** | **IOU Central Inc.** | ■ D   **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Noah Henderson Stewart** | **1279 Barry Lane Gallatin, TN 37066** | **Intuit Financing Inc.** | ■ D   **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Noah Henderson Stewart** | **1279 Barry Lane Gallatin, TN 37066** | **NewCo Capital Group VII LLC** | ■ D   **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Noah Henderson Stewart** | **1279 Barry Lane Gallatin, TN 37066** | **Myatt Drive Properties, LLC** | ☐ D _____ <br> ■ E/F   **3.51** <br> ☐ G _____ |

Case 3:23-bk-00435    Doc 1    Filed 02/06/23    Entered 02/06/23 19:40:36    Desc Main
Document     Page 39 of 68

| Debtor | Remodel 615, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Fox Capital Group, Inc. | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Intuit Financing Inc. | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | NewCo Capital Group VII LLC | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Myatt Drive Properties, LLC | ☐ D _____ ■ E/F ___3.51___ ☐ G _____ |
| 2.10 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Small Business Financial Solution, LLC | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | American Express | ☐ D _____ ■ E/F ___3.6___ ☐ G _____ |
| 2.12 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | CapitalOne | ☐ D _____ ■ E/F ___3.15___ ☐ G _____ |
| 2.13 | Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Home Depot Credit Services | ☐ D _____ ■ E/F ___3.31___ ☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Fill in this information to identify the case:

Debtor name **Remodel 615, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$482,591.25** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$6,344,749.91** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,522,232.12** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **284-Sharp Kitchen Remodel**<br>**984 Davidson Dr.**<br>**Nashville, TN 37205** | 11/11/2022 | $10,855.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Tri-Star Electrical Solutions LLC**<br>**25 Carmene Ct W**<br>**McMinnville, TN 37110** | 01/10/2023<br>02/02/2023<br>11/18/2022<br>11/23/2022<br>12/02/2022<br>12/09/2022<br>12/16/2022 | $29,473.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Thompson Electric Inc**<br>**129 Southside Park Dr**<br>**Lebanon, TN 37090** | 12/02/2022<br>12/09/2022 | $8,694.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **The Oakley Lumber Co LLC**<br>**707 42nd Ave N**<br>**Nashville, TN 37209** | 01/10/2023<br>01/25/2023<br>12/08/2022<br>12/16/2022<br>02/06/2023 | $22,445.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Acosta Painting**<br>**200 Quarry St**<br>**Shelbyville, TN 37160** | 01/23/2023<br>02/02/2023<br>11/11/2022<br>12/09/2022<br>12/16/2022 | $10,380.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **All Phase Electric TN, LLC**<br>**241 Addison Ave**<br>**Chapel Hill, TN 37034** | 01/10/2023<br>02/02/2023<br>12/02/2022<br>12/09/2022<br>12/16/2022 | $18,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Arceny B Santizo**<br>**3352 Towneship Rd**<br>**Antioch, TN 37013** | 01/13/2023<br>11/11/2022<br>11/23/2022<br>12/02/2022<br>12/09/2022 | $21,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Archdekor LLC**<br>**295 Madison Ave, 12th Floor**<br>**New York, NY 10017** | 01/06/2023<br>01/13/2023<br>02/02/2023<br>12/09/2022<br>12/16/2022 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Case 3:23-bk-00435   Doc 1   Filed 02/06/23   Entered 02/06/23 19:40:36   Desc Main
Document     Page 43 of 68

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Arreola Painting**<br>4811 Citrus Drive<br>Nashville, TN 37211 | 01/13/2023<br>01/23/2023<br>01/27/2023 | $13,122.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Bellagio Granite Marble and Quartz**<br>345 Old Airport Rd<br>Gallatin, TN 37066 | 01/10/2023<br>12/09/2022<br>12/16/2022 | $11,716.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Bowden Tree Service**<br>P.O Box 11435<br>Murfreesboro, TN 37129 | 01/13/2023<br>01/23/2023<br>01/27/2023<br>02/02/2023<br>11/11/2022<br>11/18/2022<br>11/23/2022<br>12/02/2022<br>12/09/2022<br>12/16/2022 | $32,135.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Performance Contracting of TN Inc**<br>1008 Jade Ct<br>Castalian Springs, TN 37031 | 12/02/2022<br>12/09/2022 | $15,221.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Paramount Roofing & Exteriors**<br>1500 Medical Center Pkwy, #3A-27<br>Murfreesboro, TN 37129 | 01/10/2023<br>12/02/2022<br>12/09/2022 | $16,741.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Orozco Painting & Drywall LLC**<br>1940 Port James Cir<br>Antioch, TN 37013 | 01/10/2023<br>01/13/2023<br>11/18/2022<br>12/02/2022<br>12/16/2022<br>12/27/2022 | $71,344.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **OAB Painting Company**<br>5069 McLendon Dr Unit B<br>Antioch, TN 37013 | 01/10/2023<br>01/27/2023<br>11/11/2022<br>12/02/2022<br>12/16/2022 | $28,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.16. **Mint Construction Inc.** 3438 Highway 41A North Eagleville, TN 37060 | 01/13/2023 12/09/2022 12/16/2022 | $12,793.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.17. **Brandwerks Enterprise** 1030 40th Ave N Nashville, TN 37209 | 01/10/2023 01/13/2023 01/23/2023 01/27/2023 02/02/2023 11/11/2022 11/18/2022 11/23/2022 12/02/2022 12/09/2022 12/16/2022 12/27/2022 | $43,800.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **Builder Supply Source LLC** 227 Nesbitt Ln Madison, TN 37115 | 01/10/2023 01/25/2023 11/23/2022 12/02/2022 | $39,837.93 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **CCJ Services** 3240 Boyd Mill Ave Franklin, TN 37064 | 01/06/2023 01/16/2023 01/23/2023 01/27/2023 02/02/2023 11/11/2022 11/18/2022 11/23/2022 12/02/2022 12/09/2022 12/16/2022 12/27/2022 | $11,345.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Central Woodwork Inc.** PO Box 654057 Dallas, TX 75265-4057 | 01/10/2023 11/16/2022 12/09/2022 | $14,808.30 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Covert Plumbing** 4261 Sweden Dr Hermitage, TN 37076 | 12/02/2022 12/09/2022 12/16/2022 | $8,365.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.22. **Exodus HR Group** 317 W Evergreen St Durant, OK 74701 | 01/06/2023 01/12/2023 01/13/2023 01/20/2023 01/26/2023 02/03/2023 11/10/2022 11/18/2022 11/23/2022 12/02/2022 12/08/2022 12/16/2022 12/23/2022 12/30/2022 | $255,172.19 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.23. **Floor & Decor** 5330 Cane Ridge Rd Antioch, TN 37013 | 01/11/2023 01/26/2023 11/11/2022 11/14/2022 11/30/2022 12/01/2022 12/08/2022 12/29/2022 | $12,118.79 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **Floor & Decor Antioch** 5330 Cane Ridge Rd Antioch, TN 37013 | 01/04/2023 01/24/2023 12/09/2022 12/12/2022 12/13/2022 12/20/2022 12/28/2022 | $7,729.98 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. **Fox Capital Group, Inc.** 1920 E. Hallandale Beach Blvd. Suite 503 Hallandale, FL 33009 | 01/06/2023 01/13/2023 01/20/2023 01/23/2023 01/25/2023 01/30/2023 12/07/2022 12/12/2022 12/16/2022 12/22/2022 12/30/2022 | $35,000.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Gonzalez Construction LLC** 3328 Timber Trail Antioch, TN 37013 | 01/10/2023 01/27/2023 | $9,350.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Haynes Bros Lumber** 739 NW Broad Street Nashville, TN 37219 | 01/24/2023 | $21,981.28 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.28. | **Home Depot**<br>**PO Box 9001030**<br>**RI 02900** | 01/10/2023<br>01/11/2023<br>01/12/2023<br>01/13/2023<br>01/16/2023<br>01/17/2023<br>01/18/2023<br>01/19/2023<br>01/20/2023<br>01/23/2023<br>01/24/2023<br>01/25/2023<br>01/26/2023<br>01/27/2023<br>01/30/2023<br>01/31/2023<br>02/02/2023<br>11/08/2022<br>11/09/2022<br>11/10/2022<br>11/11/2022<br>11/14/2022<br>11/15/2022<br>11/16/2022<br>11/18/2022<br>11/30/2022<br>12/01/2022<br>12/02/2022<br>12/07/2022<br>12/08/2022<br>12/09/2022<br>12/12/2022<br>12/13/2022<br>12/15/2022<br>12/16/2022<br>12/21/2022<br>12/28/2022<br>12/29/2022<br>02/06/2023 | **$28,492.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **Jasson Romario Contreras Portillo**<br>**6957 Old Nashville Hwy**<br>**Murfreesboro, TN 37129** | 01/10/2023<br>11/18/2022<br>11/23/2022<br>12/16/2022 | **$20,147.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **JV Home Improvements, LLC**<br>**111 Whitsett Rd Apt B9**<br>**Nashville, TN 37210** | 01/10/2023<br>01/13/2023<br>01/23/2023<br>01/27/2023<br>02/02/2023<br>11/11/2022<br>11/18/2022<br>12/02/2022<br>12/09/2022<br>12/16/2022<br>12/30/2022 | **$25,225.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.31. | **K Creative Painting Inc**<br>**19 Cypress Hill Dr**<br>**Lebanon, TN 37087** | **01/27/2023**<br>**12/16/2022**<br>**12/30/2022** | **$7,828.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Lansing Building Products**<br>**2811 Brick Church Pike Ste C1**<br>**Nashville, TN 37207** | **01/17/2023**<br>**11/16/2022**<br>**12/16/2022** | **$8,087.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | **Master Craftsmen's Studio LLC**<br>**722 Myatt Dr**<br>**Madison, TN 37115** | **01/09/2023**<br>**01/10/2023**<br>**01/23/2023**<br>**11/23/2022** | **$13,440.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. | **Media Vision Advertising Inc.**<br>**PO Box 452**<br>**Mount Juliet, TN 37122** | **01/06/2023**<br>**01/27/2023**<br>**11/22/2022** | **$7,646.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | **Noah Henderson Stewart**<br>**1279 Barry Lane**<br>**Gallatin, TN 37066**<br>**Co-Owner** | **2022**<br>**Calendar**<br>**Year** | **$111,900.00** | **Salary** |
| 4.2. | **Noah Henderson Stewart**<br>**1279 Barry Lane**<br>**Gallatin, TN 37066**<br>**Co-Owner** | **2022**<br>**Calendar**<br>**Year** | **$15,057.68** | **50% of Expenses Paid on Behalf of Master Craftsmen's Studios LLC** |
| 4.3. | **Robert Adam Baughman**<br>**4457 S. Trace Boulevard**<br>**Old Hickory, TN 37138**<br>**Co-Owner** | **2022**<br>**Calendar**<br>**Year** | **$111,900.00** | **Salary** |
| 4.4. | **Robert Adam Baughman**<br>**4457 S. Trace Boulevard**<br>**Old Hickory, TN 37138**<br>**Co-Owner** | **2022**<br>**Calendar**<br>**Year** | **$15,057.68** | **50% of Expenses Paid on Behalf of Master Craftsmen's Studios LLC** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Fox Capital Group, Inc.<br>1920 E. Hallandale Beach Blvd.<br>Suite 503<br>Hallandale, FL 33009 | $1,650.00 withheld by Fox Capital Fox Capital Group, Inc. and $150.00 (Quickbooks lien fee) | 12/8/22 | $1,800.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Fox Capital Group, Inc.<br>1920 E. Hallandale Beach Blvd.<br>Suite 503<br>Hallandale, FL 33009 | $1,650.00 withheld by Fox Capital Fox Capital Group, Inc. and $150.00 (Quickbooks lien fee)<br>Last 4 digits of account number: _____ | 12/8/22 | $1,800.00 |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Myatt Drive Properties, LLC v. Remodel 615, LLC, Noah Stewart<br>and Robert Baughman<br>22-1660-I | Breach of Contract | Davidson County Chancery Court<br>1 Public Square, Suite 308<br>Nashville, TN 37201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | NewCo Capital Group VI, LLC v. Remodel 615, LLC (d/b/a Remodel 615, Remodel 615 LLC, Blue Pressure Washing, Worst Enemy);<br>Noah Henderson Stewart and Robert Adam Baughman<br>134461-2022 | Breach of Contract - $223,312.06 is amount of Judgment entered on 01.04.23 in Lawsuit | Supreme Court of the State of New York<br>County of Ontario<br>27 North Main Street<br>Canandaigua, NY 14424 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Mt Juliet Christian Academy 735 N Mt Juliet Rd c/o Amy Green Mount Juliet, TN 37122 | 2021 Masquerade Gala Corporate Sponsorship (GOLD)  Sponsorship for Masquerade Gala to benefit school rebuild from 03/03/2020 tornado | 04/03/2021 | $1,500.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Jack Anderson Elementary School PTO 250 Shute Ln Hendersonville, TN 37075 | 2022 Tee Up for JAE Major Sponsorship level  4 golfers 8 drinks  Hole Sponsor Sign: 4 golfers 8 drinks, Hole Sponsor Sign | 03/01/2022 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | Eventbrite 535 Mission Street 8th Floor San Francisco, CA 94105 | 6th Annual Buddy Allen Carpet One Golf Tournament - Tunnel 2 Towers 7 Tickets 5/11/2022 Pine Creek Golf Course | 03/29/2022 | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | Stephen Siller TunneltoTowers Foundation 2361 Hylan Blvd Attm:  Fred Marinnaccio Staten Island, NY 10306 | Fundraiser  Donation to Tunnel to Towers | 05/10/2022 | $2,000.00 |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **$25,000 Retainer Paid by Check 11/8/22 $40,000 Supplemental Retainer Paid by Wire 1/25/23 $1,738 Bankrupty Filing Fee Paid by Wire 2/2/23** | |
| | **Sherrard Roe Voigt & Harbison, PLC 150 3rd Avenue South Suite 1100 Nashville, TN 37201** | **Attorneys' Fees and Filing Fee** | | **$66,738.00** |
| | Email or website address **www.srvhlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Moglia Advisors c/o Nate jones 1325 Remington Road, Suite H Schaumburg, IL 60173** | | **Various with most recent payment on 2/3/23** | **$64,261.28** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2325 Nashville Pike # 1033 Gallatin, TN 37066** | **07/01/2019 - 11/07/2020** |
| 14.2. | **7013 Lone Eagle Dr Murfreesboro, TN 37128-6164** | **11/07/2020 - 01/07/2021** |
| 14.3. | **2018-B Medical Center Pkwy, PMB# 444 Murfreesboro, TN 37129-3186** | **01/07/2021 - 08/16/2021** |
| 14.4. | **1500 Medical Center Pkwy #3A-27 Murfreesboro, TN 37129-3837** | **08/16/2022 - CURRENT** |

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

## 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **FirstBank**<br>**4110 N Mt Juliet Rd,Ste 300**<br>**Mount Juliet, TN 37122** | **XXXX-2744** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **6/2/2022** | **$82.78** |
| 18.2. | **FirstBank**<br>**4110 N Mt Juliet Rd Ste 300**<br>**Mount Juliet, TN 37122** | **XXXX-7559** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/25/2022** | **$7,157.00** |
| 18.3. | **Pinnacle Bank**<br>**2604 S Church St**<br>**Murfreesboro, TN 37127** | **XXXX-5269** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/22/2022** | **$839.56** |
| 18.4. | **Pinnacle Bank**<br>**2604 S Church St,**<br>**Murfreesboro, TN 37127** | **XXXX-9200** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **X-Mas Account** | **10/20/2022** | **$543.58** |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<hr>

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<hr>

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Michelle Frank**<br>**Director of Finance and Human Resources**<br>**Remodel 615, LLC**<br>**1500 Medical Center Parkway, #3A-27**<br>**Murfreesboro, TN 37129** | **Promoted from Sales Division on 11/07/2020 - Present (Original Hire: 05/12/2020)** |
| 26a.2. **Moglia Advisors**<br>**c/o Nate Jones**<br>**1325 Remington Road, Suite H**<br>**Schaumburg, IL 60173** | **Retained 11/14/22 - Present** |
| 26a.3. **Darnell CPA PLLC**<br>**c/o Mary Darnell**<br>**1535 W Northfield Blvd, Ste 9**<br>**Murfreesboro, TN 37129** | **01/12/2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Moglia Advisors**<br>**c/o Nate Jones**<br>**1325 Remington Road, Suite H**<br>**Schaumburg, IL 60173** | **Retained 11/14/22 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Michelle Frank**<br>**Director of Finance and Human Resources**<br>**Remodel 615, LLC**<br>**1500 Medical Center Parkway, #3A-27**<br>**Murfreesboro, TN 37129** | **Promoted from Sales Division on 11/07/2020 - Present (Original Hire Date: 05/12/2020)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Remodel 615, LLC**<br>**Michelle Frank, Noah Stewart,**<br>**Robert Baughman and Tori Bickford**<br>**1500 Medical Center Parkway, #3A-27**<br>**Murfreesboro, TN 37129** | |
| 26c.2. **Moglia Advisors**<br>**c/o Nate Jones**<br>**1325 Remington Road, Suite H**<br>**Schaumburg, IL 60173** | |
| 26c.3. **Darnell CPA PLLC**<br>**c/o Mary Darnell**<br>**1535 W Northfield Blvd, Ste 9**<br>**Murfreesboro, TN 37129** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **FirstBank**<br>**4110 N. Mt. Juliet Road, Suite 300**<br>**Mount Juliet, TN 37122** |
| 26d.2.    **Ally Financial Inc.**<br>**Processing Center**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948** |
| 26d.3.    **Fox Capital Group, Inc.**<br>**1920 E. Hallandale Beach Blvd. Suite 503**<br>**Hallandale, FL 33009** |
| 26d.4.    **GM Financial**<br>**P.O. Box 78143**<br>**Phoenix, AZ 85062** |
| 26d.5.    **GM Financial**<br>**P.O. Box 183593**<br>**Arlington, TX 76096-3834** |
| 26d.6.    **Intuit Financing Inc.**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043** |
| 26d.7.    **IOU Central Inc.**<br>**600 TownPark Lane, Suite 100**<br>**Kennesaw, GA 30144** |
| 26d.8.    **Small Business Financial Solution, LLC**<br>**dba Rapid Finance**<br>**4500 East West Highway, 6th Floor**<br>**Bethesda, MD 20814** |
| 26d.9.    **U.S. Small Business Administration**<br>**Robin Smith, Paralegal, Disaster Assist.**<br>**1105 N. Market St. Lobby Level**<br>**Wilmington, DE 19801** |
| 26d.10.    **NewCo Capital Group VII LLC**<br>**c/o Ariel Bouskila, Esq.**<br>**80 Broad St Suite 3303**<br>**New York, NY 10004** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Noah Henderson Stewart** | **1279 Barry Lane**<br>**Gallatin, TN 37066** | **Operations**<br>**Director/Co-Owner** | **50** |

| Debtor | Remodel 615, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Adam Baughman | 4457 S. Trace Boulevard Old Hickory, TN 37138 | Managing Partner/Director of Sales/Co-Owner | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Noah Henderson Stewart 1279 Barry Lane Gallatin, TN 37066 | 114,075.00 which includes the following: Salary / $6,000.00 - Owner's Distribution on 04/14/2022 (to offset Co-Owner Robert Baughman's distribution) & $5,000.00 - Owner's Distribution on 01/25/2023 (to pay Personal Retainer to SRVH due to his personal bank account being seized by NewCo Capital) / $9,135.98 Material Reimbursements | See Description | See Description |
| | Relationship to debtor 50% Co-Owner | | | |
| 30.2. | Robert Adam Baughman 4457 S. Trace Boulevard Old Hickory, TN 37138 | $114,075.00 which includes the following: Salary / $6,000.00 - Owner's Distribution on 04/14/2022 (to pay personal taxes due to increased Company revenue) / $2,522.76 Material Reimbursements | See Description | See Description |
| | Relationship to debtor 50% Co-Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February  6, 2023**

**/s/ Robert Adam Baughman**                            **Robert Adam Baughman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Sales and Marketing Director & Co-Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Remodel 615, LLC**                                       Case No.

                                            Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sales and Marketing Director & Co-Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February  6, 2023**                             Signature  **/s/ Robert Adam Baughman**

                                                                          **Robert Adam Baughman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re  **Remodel 615, LLC** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Sales and Marketing Director & Co-Owner of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:  **February  6, 2023** _____  **/s/ Robert Adam Baughman** _____
 **Robert Adam Baughman**/**Sales and Marketing Director &**
 **Co-Owner**
 Signer/Title

REMODEL 615, LLC
1500 MEDICAL CENTER PARKWAY, #3A-27
MURFREESBORO TN 37129

MICHAEL G. ABELOW
SHERRARD ROE VOIGT & HARBISON, PLC
150 3RD AVENUE SOUTH
SUITE 1100
NASHVILLE, TN 37201

31-W INSULATION CO., INC.
P.O. BOX 306010
NASHVILLE TN 37230-6010

84 LUMBER
PO BOX 365
EIGHTY FOUR PA 15330

ABC SUPPLY CO.
PO BOX 742067
ATLANTA GA 30374-2067

ALL PHASE ELECTRIC TN, LLC
241 ADDISON AVE
CHAPEL HILL TN 37034

ALLEY-CASSETTY COMPANIES INC.
PO BOX 23305
NASHVILLE TN 37202

ALLY BANK CUSTOMER CARE
P.O. BOX 951
HORSHAM PA 19044

ALLY FINANCIAL INC.
PO BOX 9001948
LOUISVILLE KY 40290-1948

ALLY FINANCIAL INC.
PROCESSING CENTER
PO BOX 9001948
LOUISVILLE KY 40290-1948

AMERICAN EXPRESS
PO BOX 297879
FORT LAUDERDALE FL 33329-7879

ARREOLA PAINTING
4811 CITRUS DRIVE
NASHVILLE TN 37211

AVI
1945 MALLORY LN SUITE 130
FRANKLIN TN 37067

B&S INSULATION AND GUTTERS
840 N JEFFERSON ST
SHELBYVILLE TN 37160

BELLAGIO GRANITE MARBLE AND QUARTZ
345 OLD AIRPORT RD
GALLATIN TN 37066

BRANDWERKS ENTERPRISE
1030 40TH AVE N
NASHVILLE TN 37209

BUDDY ALLEN CARPET
2405 LEBANON PK
NASHVILLE TN 37214

BUILDER SUPPLY SOURCE LLC
227 NESBITT LN
MADISON TN 37115

C12 MIDDLE TN LLC
C/O HA BEASLEY & COMPANY PLLC
PO BOX 1044
SHELBYVILLE TN 37162

CAPITALONE
PO BOX 30285
SALT LAKE CITY UT 84130

CENTRAL WOODWORK INC
PO BOX 654057
DALLAS TX 75265-4057

CINCINNATI LIFE INSURANCE COMPANY
PO BOX 145496
CINCINNATI OH 45205-5496

CNB PLUMBING SERVICE
275 DAVID WILLIAMS RD
BELL BUCKLE TN 37020

COCO CONSTRUCTION LLC
4209 HIGDON DR
MURFREESBORO TN 37128

COVERT PLUMBING
4261 SWEDEN DR
HERMITAGE TN 37076

DATA SUITES MURFREESBORO
4925 VETERANS PKWY
MURFREESBORO TN 37129

```
DAVISHIRE CAPITAL MANAGEMENT LLC
1900 PATTERSON STREET #205
NASHVILLE TN 37203

DISCOUNT TIRE FLEET
PO BOX 842349
LOS ANGELES CA 90084

FERGUSON ENTERPRISES LLC #20
PO BOX 100286
ATLANTA GA 30384-0286

FIRESTONE COMPLETE AUTO CARE
COMMERCIAL ACCOUNT PAYMENT CENTER
PO BOX 403727
ATLANTA GA 30384-3727

FOX CAPITAL GROUP, INC.
1920 E. HALLANDALE BEACH BLVD. SUITE 503
HALLANDALE FL 33009

GENESIS ELECTRIC LLC
1410 W MALLOY LN
MURFREESBORO TN 37129

GLADIATOR ROOFING AND MORE LLC
1077 MANSKER FARMS BLVD
HENDERSONVILLE TN 37075

GM FINANCIAL
P.O. BOX 183593
ARLINGTON TX 76096-3834

GONZALEZ CONSTRUCTION LLC
3328 TIMBER TRAIL
ANTIOCH TN 37013

GRANITE STONE & DESIGN, INC
201 LYLE LANE

AR 72100
HOME DEPOT CREDIT SERVICES
PO BOX 790340
SAINT LOUIS MO 63179

HOME DEPOT CREDIT SERVICES
PO BOX 790345
SAINT LOUIS MO 63179

HUSKEY TRUSS & BUILDING SUPPLY INC
424 LEWISBURG PK
FRANKLIN TN 37064
```

INTUIT FINANCING INC.
2700 COAST AVE
MOUNTAIN VIEW CA 94043

IOU CENTRAL INC.
600 TOWNPARK LANE, SUITE 100
KENNESAW GA 30144

J&J SERVICES, INC.
PO BOX 535233
PITTSBURGH PA 15253-5233

JASSON ROMARIO CONTRERAS PORTILLO
6957 OLD NASHVILLE HWY
MURFREESBORO TN 37129

JON LOBA
1620 DIAMOND DRIVE
FRANKLIN TN 37064

K CREATIVE PAINTING INC
19 CYPRESS HILL DR
LEBANON TN 37087

KRYSTAL LARSON
3000 HELFRICH COUR
SPRING HILL TN 37174

LANSING BUILDING PRODUCTS
2811 BRICK CHURCH PIKE STE C1
NASHVILLE TN 37207

LIBERTY WASTE LLC
PO BOX 554884
DETROIT MI 48255-4884

LOGMEIN COMMUNICATIONS INC
PO BOX 412252
BOSTON MA 02241-2252

LOUISVILLE TILE DIST. INC
PO BOX 32160
DEPART #109
LOUISVILLE KY 40232

LOWE'S HOME CENTERS, LLC
PO BOX 965054
ORLANDO FL 32896

MASTER CRAFTSMEN'S STUDIO LLC
722 MYATT DR
MADISON TN 37115

MEDIA VISION ADVERTISING INC.
PO BOX 452
MOUNT JULIET TN 37122

MERCHANTS AUTOMOTIVE GROUP, LLC
14 CENTRAL PARK DRIVE
HOOKSETT NH 03106

METAL MAX ROOFING AND SIDING
900 CPT JOE FULGHUM DR
MURFREESBORO TN 37129

METRO ROOFING & METAL SUPPLY CO, INC
805 16TH AVENUE NORTH
NASHVILLE TN 37203

MORENOS GUTTERS LLC
1614 BARTWAY DR
MURFREESBORO TN 37130

MT JULIET CHAMBER OF COMMERCE
2055 N MT JULIET RD STE 200
MOUNT JULIET TN 37122

MYATT DRIVE PROPERTIES, LLC
1508 DRESDEN CIRCLE
NASHVILLE TN 37215

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE TN 37230-5099

NEWCO CAPITAL GROUP VII LLC
C/O ARIEL BOUSKILA, ESQ.
80 BROAD ST SUITE 3303
NEW YORK NY 10004

NOAH HENDERSON STEWART
1279 BARRY LANE
GALLATIN TN 37066

NORTH POINT PLUMBING LLC
908 SHERBROOKE COVE
NASHVILLE TN 37211

OAB PAINTING COMPANY
5069 MCLENDON DR UNIT B
ANTIOCH TN 37013

OROZCO PAINTING & DRYWALL LLC
1940 PORT JAMES CIR
ANTIOCH TN 37013

PARAMOUNT ROOFING & EXTERIORS
1500 MEDICAL CENTER PKWY, #3A-27
MURFREESBORO TN 37129

PAYSIMPLE
3601 WALNUT STREET STE 400
DENVER CO 80205

PELLA WINDOW & DOOR
1150 ANTIOCH PIKE SUITE 100
NASHVILLE TN 37211

PERFORMANCE CONTRACTING OF TN INC.
1008 JADE CT
CASTALIAN SPRINGS TN 37031

PREMIUM DRYWALL
PO BOX 110102
NASHVILLE TN 37222

ROBERT ADAM BAUGHMAN
4457 S. TRACE BOULEVARD
OLD HICKORY TN 37138

ROCKY TOP CUSTOM COUNTERTOPS
7106 CROSSROADS BLVD SUITE 222
BRENTWOOD TN 37027

RYAN WILLIAMS
168 CHIPPENDALE DR
HENDERSONVILLE TN 37075

SHOOKS FILM & GLASS SERVICE
242 CHIPMAN RD
BETHPAGE TN 37022

SMALL BUSINESS FINANCIAL SOLUTION, LLC
DBA RAPID FINANCE
4500 EAST WEST HIGHWAY, 6TH FLOOR
BETHESDA MD 20814

SUPER FLEET MASTERCARD
PO BOX 70995
CHARLOTTE NC 28272-0995

THE CARTER-JONES LUMBER COMPANY
PO BOX 40
KENT OH 44240-0001

THE OAKLEY LUMBER CO LLC
707 42ND AVE N
NASHVILLE TN 37209

THE SHERWIN WILLIAMS CO
3438 LEBANON RD, STE# A
HERMITAGE TN 37076-2006

THE TILE SHOP LLC
PO BOX 74007280
CHICAGO IL 60674-7280

THE VIEW AT FOUNTAINS
DBA STUDIO AT FOUNTAINS
500 MEDICAL CENTER PARKWAY, #3A
NASHVILLE TN 37219

THOMPSON ELECTRIC INC
129 SOUTHSIDE PARK DR
LEBANON TN 37090

TOTAL TRANS4MATION HEATING & AIR
CONDTIONING, INC.
320 W MAIN ST, STE 200
MURFREESBORO TN 37129

TRI-STAR ELECTRICAL SOLUTIONS LLC
25 CARMENE CT W
MCMINNVILLE TN 37110

U.S SMALL BUSINESS ADMINISTRATION
ROBIN SMITH, PARALEGAL, DISASTER ASSIST.
1105 N. MARKET ST. LOBBY LEVEL
WILMINGTON DE 19801

VALLEY INTERIOR PRODUCTS INC
PO BOX 645729
CINCINNATI OH 45264-5729

VERIZON
PO BOX 660108
DALLAS TX 75266-0108

WALKER LUMBER & HARDWARE INC
527 W THOMPSON LN

YOUNG'S DRYWALL SUPPLY INC
1015 S CHURCH STREET
MURFREESBORO TN 37130

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Remodel 615, LLC**                              Case No.

                                        Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Remodel 615, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

 

**February  6, 2023**

Date

 

**/s/ Michael G. Abelow**

**Michael G. Abelow 026710**

Signature of Attorney or Litigant

Counsel for    **Remodel 615, LLC**

**Sherrard Roe Voigt & Harbison, PLC**

**150 3rd Avenue South**
**Suite 1100**
**Nashville, TN 37201**
**(615) 742-4532**
**mabelow@srvhlaw.com**